DEL
F.# 2019R01017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ARREST WARRANT FOR DENNIS HARRIS AND RASHEEM RICHARDSON AND FOR A SEARCH WARRANT FOR THE PREMISES KNOWN AND DESCRIBED AS 3004 LEWMAY ROAD, NO. 2, FAR ROCKAWAY, NEW YORK, AND ALL LOCKED AND CLOSED CONTAINERS AND CELLULAR DEVICES

P R O P O S E D   O R D E R

CR 20-65 (JO)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Devon Lash, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
         January 29, 2020

_____
HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK